## UNITED STATES of America, Plaintiff–Appellee,

v.

## Librado GONZALEZ–VALERA, Defendant–Appellant.

### No. 10–10258.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 16, 2011.

Filed May 12, 2011.

Robert Lally Miskell, Assistant U.S. Attorney, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jason M. Hannan, Esquire, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN and TROTT, Circuit Judges, and CAMPBELL, District Judge.*

### MEMORANDUM **

Gonzalez–Valera claims that his December 3, 2009 group-plea hearing violated Federal Rule of Criminal Procedure 11 and his constitutional rights to due process

---

\* The Honorable Tena Campbell, Senior United States District Judge for the District of Utah, sitting by designation.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

and assistance of counsel. The record patently demonstrates that Gonzalez–Valera was sufficiently advised of his rights, that he affirmed his understanding of such rights, that he expressly waived such rights by pleading guilty, and that he received adequate representation by counsel. As we have held, any Rule 11 violations from this hearing were harmless, and the hearing did not violate either due process or the right to counsel. *See United States v. Escamilla–Rojas*, 640 F.3d 1055 (9th Cir.2011).

AFFIRMED.